## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YASLIN MARTINEZ, | : | NO. 4:25-CV-00014 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | (CAMONI, M.J.) |
| FRANK BISIGNANO, | : | |
| *Commissioner of Social Security,* | : | |
| Defendant. | : | |

## **ORDER**

In accordance with the accompanying Memorandum Opinion, it is

ORDERED that:

(1)    The Commissioner's decision be VACATED, and this case is REMANDED to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

(2)    Final judgment will be entered in Plaintiff's favor.

(3)    The Clerk of Court is directed to CLOSE this case.

Date: July 17, 2026                                  *s/Sean A. Camoni*
                                                      Sean A. Camoni
                                                      United States Magistrate Judge

Page 1 of 1